# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES RICHARD REYNOLDS**                                                                          **PLAINTIFF**

**VS.**                                        **4:16CV00100-BRW**

**LITTLE ROCK SCHOOL DISTRICT,** *et al.*                                                      **DEFENDANTS**

## ORDER

Plaintiff filed a complaint on February 24, 2016, but does not appear to have served Defendants.  Under Federal Rule of Civil Procedure 4(m), Plaintiff had 120 days to serve Defendant.

If Plaintiff does not serve Defendant by Friday, July 29, 2016, or provide good cause why service was not perfected, this case will be dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE